**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 99-cr-00210-WYD-02

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JOSEPH P. CURTIS,

        Defendant.

---

**ORDER GRANTING TRAVEL OUTSIDE THE UNITED STATES**

---

        Upon report of the probation officer that the defendant has requested foreign travel and he remains in compliance with the conditions of supervised release, it is

        **ORDERED** that the defendant, JOSEPH P. CURTIS, be allowed to travel to the Eastern Caribbean from August 24, 2007, until September 23, 2007.

        **DATED** at Denver, Colorado, this 19th day of January, 2007.

        BY THE COURT:

        s/ Wiley Y. Daniel
        Wiley Y. Daniel
        United States District Judge